Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−29346−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward L Doyle
   54 Chancellor Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−7022

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/20 at 10:00 AM

to consider and act upon the following:

**78** − Application For Retention of Professional Jose Quispe of Coldwell Banker Liberty as Real Estate Broker Salesperson Filed by Scott E. Tanne on behalf of Edward L Doyle. Objection deadline is 8/5/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Tanne, Scott)

**79** − Objection to Application for Retention of Professional (related document:78 Application For Retention of Professional Jose Quispe of Coldwell Banker Liberty as Real Estate Broker Salesperson Filed by Scott E. Tanne on behalf of Edward L Doyle. Objection deadline is 8/5/2020. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Edward L Doyle) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/31/20

                                                  Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court