UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Edward L. Doyle

Case No.: 18-29346-VFP
Chapter: 13
Judge: Papalia

## NOTICE OF PROPOSED PRIVATE SALE

_____Edward L. Doyle_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street, 3rd Floor<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable _____Vincent F. Paplia_____ on _____August 20, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, _____Martin Luther King, Jr. Federal Building_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 54 Chancellor Avenue<br>Newark, NJ 07112 |

| | |
|---|---|
| Proposed Purchaser: | Erike W. Moore |

| | |
|---|---|
| Sale price: | $259,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Martin Pankiewicz, Esq. | Jose Quispe |
| Amount to be paid: | $1,500.00 | $10,360.00 |
| Services rendered: | Real Estate Closing Attorney | Real Estate Broker Salesperson |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Scott E. Tanne, Esq.

Address: 4 Chatham Road, Summit, NJ 07901

Telephone No.: (973) 701-1776

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Edward L Doyle  
    Debtor

Case No. 18-29346-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jul 30, 2020  
                     Form ID: pdf905    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.

```
db              #+Edward L Doyle,    54 Chancellor Avenue,    Newark, NJ 07112-2302
cr               +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517783409       +Arrow Financial Services LLC,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
517832988       +Deutsche Bank National Trust Company, et al,    Franklin Credit Management,    P.O. Box 829629,
                  Philadelphia, PA 19182-0001
517783413       +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
517783414       +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517783415       +Forster, Garbus & Garbus,    100 Davidson Ave,    Suite 3211,    Somerset, NJ 08873-1312
517783421       +Nations Recovery Center Inc,    6491 Peachtree Industrial BLvd,    P.O Box620130,
                  Atlanta, GA 30362-2130
518776978       +Park Revolving Trust,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
518776979       +Park Revolving Trust,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                  Salt Lake City, UT 84165-0250,    Park Revolving Trust,
                  Serviced by Select Portfolio Servicing,
517783423       +Parker McCay,    9000 Midlantic Drive,    Suite 300,    PO BOX 5054,    Mount Laurel, NJ 08054-5054
517783424       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518376359      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517783425        Senex Services Corp,    Attn: Bankruptcy,    333 Founders Rd Nd Floor,    Indianapolis, IN 46268
517783426        Sequium Asset Solutions LLC,    1130 Northgate Parkway Suite 150,    Marietta, GA 30067
517783428       +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517783411       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2020 23:50:01      Comenity Bank/King Size,
                  Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517783412       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2020 23:50:01      Comenity Bank/King Size,
                  Po Box 182789,    Columbus, OH 43218-2789
517783416       +E-mail/Text: bankruptcynotice@franklincredit.com Jul 30 2020 23:49:52      Franklin Credit Mgnt,
                  101 Hudson Street,    Jersey City, NJ 07302-3984
517783417        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 23:49:48      IRS,
                  Department of the Treasury,    Internal Revenue Service,    310 Lowell Street,
                  Andover, MA 01810-9041
517912836        E-mail/PDF: ais.chase.ebn.americaninfosource.com Jul 30 2020 23:57:56
                  JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203
517783410        E-mail/PDF: ais.chase.ebn.americaninfosource.com Jul 30 2020 23:57:26      Chase Mortgage,
                  Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224
517783418        E-mail/Text: krivera@leadersfc.com Jul 30 2020 23:49:22     Leaders Financial Company,
                  Attn: Bankruptcy Dept.,    21 Commerce Dr., Floor 1,    Cranford, NJ 07016
517783419       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:06      LVNV Funding LLC,
                  15 South Main Street,    PO Box 10497,    Greenville, SC 29603-0497
517805992        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:06
                  LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517868074        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2020 23:57:06      LVNV Funding, LLC,
                  c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517783420       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 23:50:16     Midland Funding LLC,
                  8875 Aero Drive,    San Diego, CA 92123-2255
517874009       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 23:50:16     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
517783422       +E-mail/PDF: bankruptcy@ncfsi.com Jul 30 2020 23:56:59     New Century Financial Services,
                  110 South Jefferson Road,    Whippany, NJ 07981-1038
517903965        E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 23:50:10
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 16
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517783427*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  PO Box 245,    Trenton, NJ 08695-0245)
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jul 30, 2020
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           nj.bkecf@fedphe.com
          Brian E Caine    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al...
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Park Revolving Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Edward L Doyle ecf@tannelaw.com,
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```