UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**SCOTT E. TANNE, ESQ., P.C.**
**4 Chatham Road**
**Summit, NJ 07901**
**(973) 701-1776**
**Fax: (973) 701-0111**
**Scott E. Tanne, Esq.**
**ST2477**
**Attorney for the Debtor(s)**

Order Filed on August 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Edward L. Doyle,**
Debtor(s)

Case No.: 18-29346-VFP

Adv. No.:

Hearing Date: August 20, 2020

Judge: Papalia

**ORDER TO SELL DEBTOR'S PROPERTY LOCATED AT 54 CHANCELLOR AVENUE, NEWARK, NJ 07112 FOR THE SUM OF $259,000.00 PURSUANT TO 11 U.S.C. 363 (b)**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 21, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Edward L. Doyle
Case No.: 18-29346-VFP
Caption of Order: Order Allowing the Sale of Debtor's Property
_____

Upon consideration of Debtor's motion for an order allowing the sale of property, and good cause appearing therefore, it is hereby

**ORDERED** that the sale of the Debtor's property located at 54 Chancellor Avenue, Newark, NJ 07112 be held in accordance with the terms and conditions of the Agreement of Sale referenced in Debtor's motion, be and the same is hereby approved; and it is

**FURTHER ORDERED** that at the time of closing, the mortgage lien held by Select Portfolio Servicing, Inc. will be satisfied in full pursuant to a payoff amount issued in the normal course of business and subject to objection by Debtor following the closing, and the lien will not be released until the funds are applied by the mortgagee; and it is

**FURTHER ORDERED** that at the time of closing, the mortgage lien held by Franklin Credit Management Corporation will be satisfied in full pursuant to a payoff amount issued in the normal course of business and subject to objection by Debtor following the closing, and the lien will not be released until the funds are applied by the mortgagee.  Any tax or other liens against the property and other administrative fees shall be paid in full; and it is

**FURTHER ORDERED** that the 14 day stay provided by Bankruptcy Rule 6004(h) is hereby waived; and it is

**FURTHER ORDERED** that the Buyers' attorney use the sales proceeds to pay all resulting regular costs of sale as set forth in HUD Statement, including any commissions or fees which were approved by the Court pursuant to Applications to Retain Special Counsel and/or Real Estate Salespersons; and it is

**FURTHER ORDERED** that an allowance of $2,000.00 be paid from the closing proceeds by the Buyer's attorney to Debtor's attorney as an administrative expense for the preparation of

Page 3
Debtor: Edward L. Doyle
Case No.: 18-29346-VFP
Caption of Order: Order Allowing the Sale of Debtor's Property
_____

Application to Employ Special Counsel, Application to Employ Real Estate Salesperson, Motion to Allow the Sale of Property, Application to Shorten Time, numerous phone calls between special counsel and client, and the Court appearance approving the sale; however, in the event that the closing does not proceed or there are insufficient proceeds from the sale, said attorney fees in the amount of $2,000.00 shall be paid by the Chapter 13 Trustee to Debtor's counsel upon certification to the Trustee, by Debtor's counsel, that the sale is not proceeding and said fees have not been paid; and it is

**FURTHER ORDERED** that a copy of the signed HUD Settlement Statement or Closing Statement shall be forwarded by Debtor's Special Counsel to the Chapter 13 Trustee at the following address:

> Marie-Ann Greenberg
> Chapter 13 Standing Trustee
> 30 Two Bridges Road, Suite 330
> Fairfield, NJ 07004

and Debtor's counsel, Scott E. Tanne, no later than five (5) days after closing.