| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**4 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtor(s)** | Order Filed on August 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Edward L. Doyle,**<br>Debtor(s) | Case No.: 18-29346-VFP<br><br>Adv. No.:<br><br>Hearing Date: August 20, 2020<br><br>Judge: Papalia |

### ORDER TO SELL DEBTOR'S PROPERTY LOCATED AT 54 CHANCELLOR AVENUE, NEWARK, NJ 07112 FOR THE SUM OF $259,000.00 PURSUANT TO 11 U.S.C. 363 (b)

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 21, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor: Edward L. Doyle
Case No.: 18-29346-VFP
Caption of Order: Order Allowing the Sale of Debtor's Property

_____

Upon consideration of Debtor's motion for an order allowing the sale of property, and good cause appearing therefore, it is hereby

**ORDERED** that the sale of the Debtor's property located at 54 Chancellor Avenue, Newark, NJ 07112 be held in accordance with the terms and conditions of the Agreement of Sale referenced in Debtor's motion, be and the same is hereby approved; and it is

**FURTHER ORDERED** that at the time of closing, the mortgage lien held by Select Portfolio Servicing, Inc. will be satisfied in full pursuant to a payoff amount issued in the normal course of business and subject to objection by Debtor following the closing, and the lien will not be released until the funds are applied by the mortgagee; and it is

**FURTHER ORDERED** that at the time of closing, the mortgage lien held by Franklin Credit Management Corporation will be satisfied in full pursuant to a payoff amount issued in the normal course of business and subject to objection by Debtor following the closing, and the lien will not be released until the funds are applied by the mortgagee.  Any tax or other liens against the property and other administrative fees shall be paid in full; and it is

**FURTHER ORDERED** that the 14 day stay provided by Bankruptcy Rule 6004(h) is hereby waived; and it is

**FURTHER ORDERED** that the Buyers' attorney use the sales proceeds to pay all resulting regular costs of sale as set forth in HUD Statement, including any commissions or fees which were approved by the Court pursuant to Applications to Retain Special Counsel and/or Real Estate Salespersons; and it is

**FURTHER ORDERED** that an allowance of $2,000.00 be paid from the closing proceeds by the Buyer's attorney to Debtor's attorney as an administrative expense for the preparation of

Case 18-29346-VFP    Doc 84    Filed 08/23/20    Entered 08/24/20 00:31:28    Desc Imaged
Certificate of Notice    Page 3 of 4

**Page 3**
Debtor: Edward L. Doyle
Case No.: 18-29346-VFP
Caption of Order: Order Allowing the Sale of Debtor's Property
_____

Application to Employ Special Counsel, Application to Employ Real Estate Salesperson, Motion to Allow the Sale of Property, Application to Shorten Time, numerous phone calls between special counsel and client, and the Court appearance approving the sale; however, in the event that the closing does not proceed or there are insufficient proceeds from the sale, said attorney fees in the amount of $2,000.00 shall be paid by the Chapter 13 Trustee to Debtor's counsel upon certification to the Trustee, by Debtor's counsel, that the sale is not proceeding and said fees have not been paid; and it is

**FURTHER ORDERED** that a copy of the signed HUD Settlement Statement or Closing Statement shall be forwarded by Debtor's Special Counsel to the Chapter 13 Trustee at the following address:

> Marie-Ann Greenberg
> Chapter 13 Standing Trustee
> 30 Two Bridges Road, Suite 330
> Fairfield, NJ 07004

and Debtor's counsel, Scott E. Tanne, no later than five (5) days after closing.

United States Bankruptcy Court
District of New Jersey

In re:  
Edward L Doyle  
     Debtor

Case No. 18-29346-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 21, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.  
db           #+Edward L Doyle,     54 Chancellor Avenue,     Newark, NJ 07112-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
         Brian E Caine    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    Park Revolving Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Scott E. Tanne    on behalf of Debtor Edward L Doyle ecf@tannelaw.com, tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                           TOTAL: 7