UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on September 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward L. Doyle

Case No.:  18-29346-VFP

Chapter:  13

Judge:  Papalia

# ORDER AUTHORIZING RETENTION OF

Jose Quispe of Coldwell Banker Liberty

The relief set forth on the following page is **ORDERED**.

**DATED: September 30, 2020**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Jose Quispe of Coldwell Banker Liberty

as _____ Realtor _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  Coldwell Banker Liberty

    67 Elmora Ave

    Elizabeth, NJ 07202

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 18-29346-VFP

Edward L Doyle                                                                                     Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Edward L Doyle, 54 Chancellor Avenue, Newark, NJ 07112-2302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020                          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**                  **Email Address**

Andrew L. Spivack
            on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

Brian E Caine
            on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
            on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
            on behalf of Creditor Park Revolving Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 30, 2020 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Scott E. Tanne
   on behalf of Debtor Edward L Doyle ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7