Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−29346−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward L Doyle
   54 Chancellor Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−7022

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 25, 2021
JAN: mcp

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Edward L Doyle  
    Debtor

Case No. 18-29346-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 25, 2021      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edward L Doyle, 54 Chancellor Avenue, Newark, NJ 07112-2302 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | + | Jose Quispe, Coldwell Banker Liberty, 67 Elmora Avenue, Elizabeth, NJ 07202-1632 |
| 517783409 | + | Arrow Financial Services LLC, 5996 W. Touhy Avenue, Niles, IL 60714-4610 |
| 517832988 | + | Deutsche Bank National Trust Company, et al, Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 517783413 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517783414 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517783415 | + | Forster, Garbus & Garbus, 100 Davidson Ave, Suite 3211, Somerset, NJ 08873-1312 |
| 517783421 | + | Nations Recovery Center Inc, 6491 Peachtree Industrial BLvd, P.O Box620130, Atlanta, GA 30362-2130 |
| 518776978 | + | Park Revolving Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518776979 | + | Park Revolving Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Park Revolving Trust Serviced by Select Portfolio Servicing, |
| 517783423 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, PO BOX 5054, Mount Laurel, NJ 08054-5054 |
| 517783424 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518376359 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517783425 | | Senex Services Corp, Attn: Bankruptcy, 333 Founders Rd Nd Floor, Indianapolis, IN 46268 |
| 517783426 | | Sequium Asset Solutions LLC, 1130 Northgate Parkway Suite 150, Marietta, GA 30067 |
| 517783428 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2021 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2021 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517783411 | + | EDI: WFNNB.COM | Jan 26 2021 02:13:00 | Comenity Bank/King Size, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517783412 | + | EDI: WFNNB.COM | Jan 26 2021 02:13:00 | Comenity Bank/King Size, Po Box 182789, Columbus, OH 43218-2789 |
| 517783416 | + | Email/Text: bankruptcynotice@franklincredit.com | Jan 25 2021 21:42:00 | Franklin Credit Mgnt, 101 Hudson Street, Jersey City, NJ 07302-3984 |
| 517783417 | | EDI: IRS.COM | Jan 26 2021 02:13:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 517912836 | | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence |

Case 18-29346-VFP    Doc 93    Filed 01/27/21    Entered 01/28/21 00:19:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: 148 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517783410 | | EDI: JPMORGANCHASE | Jan 26 2021 02:13:00 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 517783418 | | Email/Text: krivera@leadersfc.com | Jan 25 2021 21:41:00 | Leaders Financial Company, Attn: Bankruptcy Dept., 21 Commerce Dr., Floor 1, Cranford, NJ 07016 |
| 517783419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:07 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 517805992 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:07 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517868074 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2021 22:47:06 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517783420 | + | EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517874009 | + | EDI: MID8.COM | Jan 26 2021 02:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517783422 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 25 2021 22:55:17 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 517903965 | | EDI: Q3G.COM | Jan 26 2021 02:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517783427 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 25, 2021 | Form ID: 148 | Total Noticed: 33 |

Denise E. Carlon
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Park Revolving Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott E. Tanne
    on behalf of Debtor Edward L Doyle ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6