Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  18−29346−VFP
                          Chapter:  13
                          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward L Doyle
   54 Chancellor Avenue
   Newark, NJ 07112

Social Security No.:
   xxx−xx−7022

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 1/25/2021 has been vacated effective 8/23/2021.

Dated: August 23, 2021
JAN: jf

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29346-VFP |
| Edward L Doyle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 23, 2021 | Form ID: 149 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edward L Doyle, 54 Chancellor Avenue, Newark, NJ 07112-2302 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | + | Jose Quispe, Coldwell Banker Liberty, 67 Elmora Avenue, Elizabeth, NJ 07202-1632 |
| 517783409 | + | Arrow Financial Services LLC, 5996 W. Touhy Avenue, Niles, IL 60714-4610 |
| 517832988 | + | Deutsche Bank National Trust Company, et al, Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 517783413 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517783414 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517783415 | + | Forster, Garbus & Garbus, 100 Davidson Ave, Suite 3211, Somerset, NJ 08873-1312 |
| 517783421 | + | Nations Recovery Center Inc, 6491 Peachtree Industrial BLvd, P.O Box620130, Atlanta, GA 30362-2130 |
| 518776978 | + | Park Revolving Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518776979 | + | Park Revolving Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Park Revolving Trust Serviced by Select Portfolio Servicing, |
| 517783423 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, PO BOX 5054, Mount Laurel, NJ 08054-5054 |
| 517783424 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518376359 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517783425 | | Senex Services Corp, Attn: Bankruptcy, 333 Founders Rd Nd Floor, Indianapolis, IN 46268 |
| 517783426 | | Sequium Asset Solutions LLC, 1130 Northgate Parkway Suite 150, Marietta, GA 30067 |
| 517783428 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 23 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517783411 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2021 20:32:00 | Comenity Bank/King Size, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517783412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2021 20:32:00 | Comenity Bank/King Size, Po Box 182789, Columbus, OH 43218-2789 |
| 517783416 | + | Email/Text: bankruptcynotice@franklincredit.com | Aug 23 2021 20:32:00 | Franklin Credit Mgnt, 101 Hudson Street, Jersey City, NJ 07302-3984 |
| 517783417 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2021 20:32:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 517912836 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 23 2021 20:31:19 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence |

Case 18-29346-VFP    Doc 101    Filed 08/25/21    Entered 08/26/21 00:12:28    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2021 | Form ID: 149 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517783410 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 23 2021 20:30:53 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 517783418 | | Email/Text: krivera@leadersfc.com | Aug 23 2021 20:32:00 | Leaders Financial Company, Attn: Bankruptcy Dept., 21 Commerce Dr., Floor 1, Cranford, NJ 07016 |
| 517783419 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2021 20:31:23 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 517805992 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2021 20:31:14 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517868074 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2021 20:31:23 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517783420 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2021 20:32:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517874009 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2021 20:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517783422 | + | Email/PDF: bankruptcy@ncfsi.com | Aug 23 2021 20:31:14 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 517903965 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2021 20:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517783427 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2021 | Form ID: 149 | Total Noticed: 33 |

| | |
|---|---|
| David G. Beslow | on behalf of Debtor Edward L Doyle yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Park Revolving Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Edward L Doyle ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7