| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| In Re: **Edward Doyle** | Case No. | 18-29346 |
| | Chapter: | 13 |
| | Judge: | VFP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ____**Edward Doyle**____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __10/28/2021__       _____
                           Edward Doyle
                           Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev. 8/1/18*
Best Case Bankruptcy