| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Edward L Doyle<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7022<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–29346–VFP | | |

# Order of Discharge                                                                                                        12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Edward L Doyle

<u>11/5/21</u>                                                                    **By the court:** <u>Vincent F. Papalia</u>
                                                                                                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29346-VFP |
| Edward L Doyle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edward L Doyle, 54 Chancellor Avenue, Newark, NJ 07112-2302 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | + | Jose Quispe, Coldwell Banker Liberty, 67 Elmora Avenue, Elizabeth, NJ 07202-1632 |
| 517783409 | + | Arrow Financial Services LLC, 5996 W. Touhy Avenue, Niles, IL 60714-4610 |
| 517832988 | + | Deutsche Bank National Trust Company, et al, Franklin Credit Management, P.O. Box 829629, Philadelphia, PA 19182-9629 |
| 517783413 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517783414 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517783415 | + | Forster, Garbus & Garbus, 100 Davidson Ave, Suite 3211, Somerset, NJ 08873-1312 |
| 517783421 | + | Nations Recovery Center Inc, 6491 Peachtree Industrial BLvd, P.O Box620130, Atlanta, GA 30362-2130 |
| 517783424 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518776978 | + | Park Revolving Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518776979 | + | Park Revolving Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Park Revolving Trust Serviced by Select Portfolio Servicing, |
| 517783423 | + | Parker McCay, 9000 Midlantic Drive, Suite 300, PO BOX 5054, Mount Laurel, NJ 08054-5054 |
| 517783425 | | Senex Services Corp, Attn: Bankruptcy, 333 Founders Rd Nd Floor, Indianapolis, IN 46268 |
| 517783426 | | Sequium Asset Solutions LLC, 1130 Northgate Parkway Suite 150, Marietta, GA 30067 |
| 518376359 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517783427 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517783428 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517783411 | + | EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Comenity Bank/King Size, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517783412 | + | EDI: WFNNB.COM | Nov 06 2021 00:13:00 | Comenity Bank/King Size, Po Box 182789, Columbus, OH 43218-2789 |
| 517783416 | + | Email/Text: bankruptcynotice@franklincredit.com | Nov 05 2021 20:24:00 | Franklin Credit Mgnt, 101 Hudson Street, Jersey City, NJ 07302-3984 |
| 517783417 | | EDI: IRS.COM | Nov 06 2021 00:13:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 517912836 | | EDI: JPMORGANCHASE | | |

| | | | |
|---|---|---|---|
| | | Nov 06 2021 00:13:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 517783410 | EDI: JPMORGANCHASE | Nov 06 2021 00:13:00 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 517783418 | Email/Text: krivera@leadersfc.com | Nov 05 2021 20:23:00 | Leaders Financial Company, Attn: Bankruptcy Dept., 21 Commerce Dr., Floor 1, Cranford, NJ 07016 |
| 517783419 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:15 | LVNV Funding LLC, 15 South Main Street, PO Box 10497, Greenville, SC 29603-0497 |
| 517805992 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:14 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517868074 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:14 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517783420 | + EDI: MID8.COM | Nov 06 2021 00:13:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517874009 | + EDI: MID8.COM | Nov 06 2021 00:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517783422 | + Email/PDF: bankruptcy@ncfsi.com | Nov 05 2021 20:35:25 | New Century Financial Services, 110 South Jefferson Road, Whippany, NJ 07981-1038 |
| 517783424 | Email/Text: signed.order@pfwattorneys.com | Nov 05 2021 20:23:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517903965 | EDI: Q3G.COM | Nov 06 2021 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021             Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Brian E Caine
                    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  Et Al... bcaine@parkermccay.com,

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 34 |

BKcourtnotices@parkermccay.com

David G. Beslow

on behalf of Debtor Edward L Doyle yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed Notes, Series 2020-R2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Park Revolving Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Scott E. Tanne

on behalf of Debtor Edward L Doyle ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7